## Alabama Department of Corrections

### INCIDENT REPORT

| 1. Institution/Division: WILLIAM E. DONALDSON CORR. FAC | 2. Date: 6/30/2012 | 3. Time: 1:30:00 PM | 4. Inc. No: WDCF-12-01468  Class Code: B |
|---|---|---|---|
| 5. Type of Incident - PRIMARY: Assault-Inmate-On-Inmate – Non Serious Injury | | 6. ASCA Incident Type - PRIMARY: | |
| 7. Type of Incident - Secondary: Assault-Inmate-on-Employee  Weapon - Handmade Knife  Use of Force - Chemical Agents/Electric Restraints/Impact Weapon/Physical | | 8. ASCA Incident Type - Secondary: III 2.3 Inmate-on-Staff Assaults that did not involve serious injury.  III 12.2 Major Contraband Finds of Weapons.  III 13.1 Immediate Use of Force | |
| 9. Who Received Report: PETERSON, WALLACE | | 10. Time Incident Reported: 6/30/2012 1:32:00 PM | |
| 11. Location of Incident: A-Unit | | | |

| 12. Victim(s): | Name | | AIS |
|---|---|---|---|
| | SANDERS, RICHARD | | 00172580 |
| | GADSON, RODERICK | | Staff |
| 13. Suspect(s): | Name | | AIS |
| | KIDD, DARNELL | | 00180697 |
| | MAYE, ANTWAIN | | 00239859 |
| | BROWN, KINCHEILO | | 00238921 |
| 14. Witness(es): | Name | | AIS |
| | N/A | | |

**PHYSICAL EVIDENCE:**

| 15. Type of Evidence / Description: N/A | 16. Chain of Evidence / Location & Date: N/A |
|---|---|

**17. Narrative Summary:**

On 6/29/12 at approximately 1:30 pm, Correctional Officer Richard Groce, assigned as the A-Unit Rover, called for a Supervisor, via hand held radio, to report to A-Unit. At approximately 1:32 pm, Correctional Lieutenant Wallace Peterson, Correctional Sergeant Robert Davis and Correctional Officer Roderick Gadson reported to A-Unit. As they were entering, Officer Groce was escorting Inmate Darnell Kidd B/M 180697 (Etowah Co., Crip-59 Hoover) from A&B Units corridor to the East Hall. Officer Groce informed Lieutenant Peterson and Sergeant Davis that Inmate Kidd had cut Inmate Richard Sanders B/M 172580 (Jefferson Co., Blood-Piru). Officer Gadson escorted Inmate Kidd to the West Barber Shop. Correctional Officer Michael Little, assigned as the B-Unit Rover, escorted Inmate Sanders to the Infirmary where Licensed Practical Nurse Sandra Hackworth conducted a Medical Examination of Inmate Sanders noting a 5 ½ inch laceration across Inmate Sanders neck. At approximately 1:33 pm, Lieutenant Peterson instructed Sergeant Davis to lock down A&B Units. Sergeant Davis called for any available Officers to report to A&B Units to assist in locking the Units down. Correctional Officers Troy Hart, Demitrives Fleeton, Sterling Steed, Lester Murray and Officer Gadson reported to A&B Units. At approximately 1:34 pm, Sergeant Davis along with the above mentioned Officers began locking down A-Unit. Officer Steed observed Inmate Antwain Maye B/M 239859 (Mobile Co., Folks Alpha Tau Omega) standing in front of cell A-22. Officer Steed asked Inmate Maye where is his (Inmate Maye's) assigned cell. Inmate Maye stated "A-22". Officer Steed instructed Inmate Maye to return to his (Inmate Maye's) cell. Inmate Maye did not comply and stated, "It's too hot to be locked in a fucking cell." Officer Steed again instructed Inmate Maye to return to his (Inmate Maye's) cell. Inmate Maye did not comply. Officer Gadson instructed Inmate Maye to return to his (Inmate Maye's) cell. Inmate Maye did not comply. Officer Gadson placed Inmate Maye in the escort position using a soft empty hand technique and began escorting Inmate Maye to his (Inmate Maye's) cell. Inmate Maye struck Officer Gadson on the left arm with a closed fist, knocking Officer Gadson left arm away. Officer Gadson, using a straight arm bar take down technique, forced Inmate


EXHIBIT A.

Alabama Department of Corrections

## INCIDENT REPORT CONTINUATION WDCF-12-01468

**17. Narrative Summary:**

Maye to the floor. Officer Fleeton handcuffed Inmate Maye's hands to the rear and escorted Inmate Maye to the East Barber Shop. At approximately 1:40 pm, Officer Murray, while assisting in securing inmates in their assigned cell, searched Inmate Kincheilo Brown B/M 238921 (Montgomery Co., No affiliation) assigned to cell A-44 and discovered one (1) Inmate made knife located inside of Inmate Brown's left boot. Officer Murray confiscated the knife and escorted Inmate Brown to the Shift Office. All other inmates were secured in their cells without further incident. At approximately 1:45 pm, Sergeant Davis questioned Inmate Kidd about the incident. Inmate Kidd admitted to Sergeant Davis that he (Inmate Kidd) did cut Inmate Sanders while Inmate Sanders was asleep in his (Inmate Sanders) bed. At approximately 1:46 pm, Lieutenant Peterson notified, via telephone, the On Call Duty Officer Correctional Warden III Cheryl Price, and notified her about the Incident. At approximately 1:55 pm, Officer Gadson reported to the Infirmary where Nurse Hackworth conducted a Medical Examination of Officer Gadson. At approximately 2:00 pm, Correctional Warden II Christopher Gordy entered the Facility and was notified of the Incident. At approximately 2:10 pm, Sergeant Davis contacted I&I Investigator Scotty Wells, via telephone, to inform him (Investigator Wells) about the Incident. At approximately 2:23 pm, Warden Gordy exited the Facility. At approximately 2:39 pm, Doctor Joseph Marino conducted a Medical Examination of Inmate Sanders. At approximately 3:00 pm, Inmate Maye was escorted to the Infirmary where Licensed Practical Nurse conducted a Medical Examination of Inmate Maye. At approximately 3:31 pm, Doctor Marino exited the Facility. After further investigation it was found that Inmate Kidd walked up to Officer Groce and stated "I just cut a man throat". Officer Groce escorted Inmate Kidd into the corridor of A&B Units, where he (Officer Groce) questioned Inmate Kidd about what was going on. Inmate Kidd stated that he (Inmate Kidd) cut an inmate in cell A-20. Officer Groce informed Officer Little about the incident. Officers Groce and Little entered A-Unit and was walking toward cell A-20 when Officer Groce observed Inmate Sanders (assigned cell A-20) trying to evade Officers Groce and Little. Officer Groce ordered Inmate Sanders to stop. Inmate Sanders complied. Officer Groce noticed that Inmate Sanders had a towel held up to his neck and was bleeding. Inmate Sanders was then escorted to the Infirmary where Lieutenant Peterson questioned Inmate Sanders about the Incident. Inmate Sanders told Lieutenant Peterson that Inmate Kidd owed him (Inmate Sanders) 3 packs of Tops cigarettes and did not want to pay up. Inmate Sanders stated that he (Inmate Sanders) was asleep in his (Inmate Sanders') cell when Inmate Kidd entered his (Inmate Sanders') cell and cut him (Inmate Sanders). Inmate Kidd stated to Sergeant Davis that he (Inmate Kidd) does not owe Inmate Sanders anything, that Inmate Sanders claims he (Inmate Kidd) owes Inmate Sanders three (3) packs of Tops. Inmate Kidd stated that he (Inmate Kidd) had tried to stay clear of Inmate Sanders but Inmate Sanders keeps coming to his (Inmate Kidd) cell with other inmates carrying knives threatening him (Inmate Kidd) to come up with some money. Inmate Kidd stated that he (Inmate Kidd) cut Inmate Sanders because Inmate Kidd was trying to protect himself (Inmate Kidd). Sergeant Davis interviewed inmates about the incident. All stated that Inmate Sanders provoked this incident by continually harassing Inmate Kidd through extortion and robbery. It was also discovered that Inmate Kidd tried to avoid and stay clear of Inmate Sanders. On the morning of the incident (6/30/12), Inmate Sanders walked into Inmate Kidd's cell and threatened Inmate Kidd, trying to extort money from him (Inmate Kidd) so he (Inmate Sanders) could buy a cell phone. Sergeant Davis also learned from this investigation that Inmate Sanders was involved in an Incident that occurred on 6/29/12 in cell A-43 (See Incident Report WDCF-12-01462). Inmate Kidd was placed in Segregation cell P-8 and will receive a Disciplinary for Violation of Rule 31, Assault on Another Inmate. Inmate Maye was placed in Segregation cell W-7 and will receive a Disciplinary for Violation of Rule 29, Assault on Person(s) Associated with the ALDOC and Rule 56, Failure to Obey a Direct Order of ALDOC Official. Inmate Brown was allowed back to return to his (Inmate Brown) assigned living area A-Unit cell A-44 and will receive a Disciplinary for Violation of Rule 52, Unauthorized Possession of Weapon or Device that could be used as a Weapon. Inmate Sanders was admitted to the Infirmary for observation in Ward Z-1 and will receive a Disciplinary for Violation of Rule 62, Intentionally Creating a Security, Safety or Health Hazard. Nothing further to report at this time. See attached documents. 7/1/2012 2:07 PM by robert.davis 7/2/2012 2:25 PM by joe.tew 7/2/2012 2:46 PM by joe.tew 7/9/2012 11:04 AM by joe.tew 7/19/2012 8:48 AM by lloyd.hicks

Signature: _____