IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTWAIN VONTELL MAYE, #239859 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO. 2:12-cv-02478-RBP-TMP |
| WARDEN CEDRIC SPECKS | ) |
| | ) |
| Defendants. | ) |
| | ) |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County, and State of Alabama, personally appeared one Roderick Gadson, who being known to me and by me first duly sworn, deposes and says on oath as follows:

My name is Roderick Gadson and I am presently employed as a Correctional Officer, employed by the Alabama Department of Corrections, William E. Donaldson Correctional Facility, 100 Warrior Lane, Bessemer Alabama, 35023. I am over twenty-one (21) years of age.

On June 30, 2012, I, Correctional Officer Roderick Gadson, entered A/B population unit to assist with securing the inmates in their assigned cells. Inmate

1


EXHIBIT B.

Antwain Maye B/M 239859, was instructed several times, by Officer Gadson, to go into his assigned Cell A-22. Inmate Maye did not comply. I, Officer Gadson, placed my left hand on Inmate Mayes right triceps (upper back arm) to escort him into his assigned cell. Inmate Maye, with his closed fist struck my left inner forearm and knocked my left arm down, leaving a large bruise on my arm. I, Officer Gadson, applied a straight arm bar technique to gain control of Inmate Maye. Inmate Maye complied and no further force was used against Inmate Maye.

*[signature]*
Roderick Gadson, Correctional Officer

Sworn to and subscribed before me this 1st day of October, 2014.

*[signature]*
Notary Public

10-24-2016
My Commission Expires

## Alabama Department of Corrections
## INCIDENT REPORT

| 1. Institution/Division: WILLIAM E. DONALDSON CORR. FAC | 2. Date: 6/30/2012 | 3. Time: 1:34:00 PM | 4. Inc. No: WDCF-12-01479 |
|---|---|---|---|
| | | | Class Code: C |
| 5. Type of Incident - PRIMARY: Injury - Accident - Employee - Non-Serious (On\Off Duty) | | 6. ASCA Incident Type - PRIMARY: | |
| 7. Type of Incident - Secondary: N/A | | 8: ASCA Incident Type - Secondary: | |
| 9. Who Received Report: JOHNSON, CARL | | 10. Time Incident Reported: 6/30/2012 1:35:00 PM | |
| 11. Location of Incident: A unit | | | |
| 12. Victim(s): Name GADSON, RODERICK | | | AIS Staff |
| 13. Suspect(s): Name MAYE, ANTWAIN | | | AIS 00239859 |
| 14. Witness(es): Name N/A | | | |
| PHYSICAL EVIDENCE: | | 16. Chain of Evidence / Location & Date: | |
| 15. Type of Evidence / Description: N/A | | N/A | |

17. Narrative Summary:
On June 30, 2012 at approximately 1:33 p.m., Correctional Officer Roderick Gadson entered A-unit to assist with locking the inmates down in that unit. Inmate Antwain Maye B/239859 was instructed by Officer Gadson several times to go into his cell A-22. Inmate Maye did not comply. Officer Gadson placed his left hand on Inmate Maye's right tricep (upper back arm) to escort Inmate Maye into his assign cell. Inmate Maye with his closed fist struck Officer Gadson's left inner forearm and knocked Officer Gadson's left arm down leaving a large bruise on Officer Gadson's arm. Officer Gadson then used a straight arm bar technique to gain control of Inmate Maye. 7/1/2012 3:31 PM by carl.johnson 7/1/2012 3:32 PM by carl.johnson 7/3/2012 1:04 PM by joe.tew 7/3/2012 1:04 PM by joe.tew

Signature: _Roderick Gadson_

ADOC Form 302-A - August 2, 2010

Page 1 of 1