# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANTWAIN VONTELL MAYE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:12-cv-02478-LSC-TMP |
| | ) |
| COMMISSIONER KIM THOMAS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 28, 2015, recommending that Defendant Gadson's motion for summary judgment be granted and this cause be dismissed with prejudice. (Doc. 22). No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. The Court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law. Accordingly, Defendant Gadson's motion for summary judgment is due to be **GRANTED** and this action is due to be **DISMISSED WITH**

**PREJUDICE**.  A Final Judgment will be entered.

Done this 20th day of May 2015.

_____
L. Scott Coogler
United States District Judge
[160704]